| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | | | FOR COURT USE ONLY<br>DUE DATE: | |
|---|---|---|---|---|
| TRANSCRIPT DESIGNATION AND ORDERING FORM | | | | |
| 1. NAME<br>Stacy Winberg | 2. PHONE NUMBER<br>818-990-9500 | | 3. DATE<br>10/4/2013 | |
| 4. FIRM NAME: Flier and Flier | 5. E-MAIL ADDRESS: stacy@flierandflier.com | | | |
| 6. MAILING ADDRESS<br>15250 Ventura Boulevard, Suite 600 | 7. CITY<br>Sherman Oaks | | 8. STATE<br>CA | 9. ZIP CODE<br>91403 |
| 10. CASE NUMBER<br>13cr00484-CAS | 11. CASE NAME<br>USA v. Rodriguez-Landa et al | | 12. JUDGE<br>Carla Woehrle | |
| 13. APPEAL CASE NUMBER | 14. ORDER FOR ☐ APPEAL ☐ NON-APPEAL ☐ CRIMINAL JUSTICE ACT<br>☐ IN FORMA PAUPERIS ☐ AUSA ☐ FPD ☑ OTHER | | | |

15. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| Aug 6, 2013 | Alex Joko | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS ☑ OTHER (PLEASE SPECIFY): Initial Appearance/PIA-Montes |
| Aug 6, 2013 | Alex Joko | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS ☑ OTHER (PLEASE SPECIFY): Initial Appearance/PIA - Robles |
| | | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY): |

16. ORDER: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1<br>(original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☑ | PAPER COPY | ☐ |
| 14 DAYS | ☐ | PDF FORMAT | ☑ |
| 7 DAYS | ☐ | ASCII FORMAT | ☐ |
| DAILY | ☐ | OTHER | ☐ |
| HOURLY | ☐ | FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY | |
| REAL TIME | ☐ | | |

19. Transcription agency for digitally recorded proceedings:

(CERTIFICATION 17 & 18)
By signing the below, I certify that I will pay all charges (deposit plus additional).

20. Month:        Day:        Year:
Transcript payment arrangements were made with:

17. DATE:   Oct 4, 2013

NAME OF OFFICIAL: _____
Payment of estimated transcript fees were sent on the following date:

18. SIGNATURE:   /s/ Andrew Reed Flier

Month:        Day:        Year:

G-120 (09/12)